B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Tennessee

In re  **Humphreys Flowers, Inc.**                                                                     Case No.
                              Debtor(s)                                                                Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Ace Hardware Regional Office<br>4921 HWY 58<br>Chattanooga, TN 37416 | Ace Hardware Regional Office<br>4921 HWY 58<br>Chattanooga, TN 37416 | | | 1,824.88 |
| Chattanooga Gas<br>P.O. Box 4569<br>Dept 6250<br>Atlanta, GA 30302 | Chattanooga Gas<br>P.O. Box 4569<br>Dept 6250<br>Atlanta, GA 30302 | | | 1,472.58 |
| Chattanooga Publishing Co.<br>c/o Knight and Hooper<br>701 Market St. Ste 700<br>Chattanooga, TN 37402 | Chattanooga Publishing Co.<br>c/o Knight and Hooper<br>701 Market St. Ste 700<br>Chattanooga, TN 37402 | | | 1,029.19 |
| City of Chattanooga Water Quality<br>c/o Nationwide Recovery<br>PO Box 8005<br>Cleveland, TN 37320 | City of Chattanooga Water Quality<br>c/o Nationwide Recovery<br>PO Box 8005<br>Cleveland, TN 37320 | | | 2,740.05 |
| Enterprise Car Rental<br>305W 20th St.<br>Chattanooga, TN 37408 | Enterprise Car Rental<br>305W 20th St.<br>Chattanooga, TN 37408 | damage for vehicle | | 1,750.00 |
| EPB<br>PO Box 182255<br>Chattanooga, TN 37422-7255 | EPB<br>PO Box 182255<br>Chattanooga, TN 37422-7255 | electric power and fiber optics | | 2,500.00 |
| Ferntrust<br>PO Box 9<br>Seville, FL 32190 | Ferntrust<br>PO Box 9<br>Seville, FL 32190 | florist | | 699.49 |
| First Tennessee Bank<br>PO Box 385<br>Bankruptcy Dept<br>Memphis, TN 38101 | First Tennessee Bank<br>PO Box 385<br>Bankruptcy Dept<br>Memphis, TN 38101 | line of credit for business | | 31,956.81 |
| Florabundance<br>PO Box 1252<br>Carpinteria, CA 93014 | Florabundance<br>PO Box 1252<br>Carpinteria, CA 93014 | wholesale florist | | 16,894.85 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | payroll taxes | | 6,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Humphreys Flowers, Inc.** Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Kankus**<br>702 Central Ave<br>Chattanooga, TN 37404 | **Kankus**<br>702 Central Ave<br>Chattanooga, TN 37404 | | | **2,000.00** |
| **Peace Communication**<br>PO Box 909<br>Chattanooga, TN 37401 | **Peace Communication**<br>PO Box 909<br>Chattanooga, TN 37401 | | Disputed | **973.25** |
| **River City Company**<br>850 Market St<br>2nd Floor Miller Plaza<br>Chattanooga, TN 37402 | **River City Company**<br>850 Market St<br>2nd Floor Miller Plaza<br>Chattanooga, TN 37402 | Rent | | **3,440.00** |
| **Smithers Oasis**<br>McCarthy Burgess Wolfe<br>26000 Cannon Road<br>Bedford, OH 44146 | **Smithers Oasis**<br>McCarthy Burgess Wolfe<br>26000 Cannon Road<br>Bedford, OH 44146 | hardgood supplies | | **2,164.41** |
| **St. Joe Properties**<br>54 Brier Cove<br>Graysville, TN 37338 | **St. Joe Properties**<br>54 Brier Cove<br>Graysville, TN 37338 | unpaid rent | | **23,000.00** |
| **Tennessee Department of Revenue**<br>500 Deaderick Street<br>Andrew Jackson State Office Bldg<br>Nashville, TN 37242 | **Tennessee Department of Revenue**<br>500 Deaderick Street<br>Andrew Jackson State Office Bldg<br>Nashville, TN 37242 | taxes | | **13,981.05** |
| **Tennessee Wholesale Florists**<br>1715 McCallie Ave<br>Chattanooga, TN 37404 | **Tennessee Wholesale Florists**<br>1715 McCallie Ave<br>Chattanooga, TN 37404 | | | **19,258.00** |
| **The Barn Nursery**<br>1801 E 24th St Place<br>Chattanooga, TN 37404 | **The Barn Nursery**<br>1801 E 24th St Place<br>Chattanooga, TN 37404 | wholesale plants | | **755.82** |
| **TranFlora, Inc.**<br>1480 NW 94th Ave<br>Miami, FL 33172 | **TranFlora, Inc.**<br>1480 NW 94th Ave<br>Miami, FL 33172 | | | **15,585.57** |
| **Voss Michaels Lee/John Henry Co**<br>PO Box 1826<br>Holland, MI 49422 | **Voss Michaels Lee/John Henry Co**<br>PO Box 1826<br>Holland, MI 49422 | Hardgoods supplier | | **578.29** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Humphreys Flowers, Inc.**                                                    Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 27, 2015**                           Signature  **/s/ Robert Humphreys Johnson**
                                                              **Robert Humphreys Johnson**
                                                              **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                         18 U.S.C. §§  152 and 3571.